## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **JIAXIONG WU** | **CASE NO.  1:25-CV-01412 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KRISTI NOEM ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 17], after an independent review of the record, together with the written objections of Petitioner, Jiaxiong Wu ("Petitioner") [Doc. No. 18], and Respondents' reply [Doc. No. 19], determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** to refiling should it become evident that Wu's removal is not substantially likely to occur in the reasonably foreseeable future.

MONROE, LOUISIANA, this 13th day of April 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE